### 3504.   CONNELL *v.* THE STATE.

POWELL, J.  1. In a prosecution against a man for fornication or adul-
tery, testimony that the female with whom the intercourse is alleged
to have taken place had intercourse with another man is immaterial,
even though the female herself is a witness for the State.
2. A female witness can not be impeached by proof of specific acts of il-
licit intercourse.                        *Judgment affirmed.*
DECIDED OCTOBER 10, 1911.

Indictment for adultery and fornication; from Haralson supe-
rior court—Judge Edwards.  May 10, 1911.

*Robinson & Edwards, W. W. Mundy,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general, E. S. Ault, Griffith & Mat-
thews,* contra.

---

### 3533.   STEED *r.* THE STATE.

RUSSELL, J.  This case is controlled by *Blount* v. *State,* ante, 575 (71
S. E. 877).                                 *Judgment affirmed.*
DECIDED OCTOBER 10, 1911.

Indictment for misdemeanor; from Talbot superior court—Judge
Gilbert.  May 15, 1911.

*Bull & Smith,* for plaintiff in error.

*George C. Palmer, solicitor-general,* contra.